## T. B. HEARN v. THE STATE.

The point decided in Wall *et al.* v. The State, ante., p. 307, that the proviso to Art. 411 of the Penal Code, exempting those playing games at cards for recreation and amusement only, from punishment, has been repealed, and that the repealing act of February 12, 1858 is constitutional, reaffirmed in this case.

APPEAL from Lamar. Tried below before the Honorable W. S. Todd.

The appellant was indicted for playing at a game with cards in a public house. The defendant proved that the game was played for amusement, and that nothing was bet thereon.

Verdict of guilty; fine and judgment accordingly.

*Attorney General,* for the State.

ROBERTS, J.—The court was requested by the defendant to charge the jury, that if they believed from the evidence that the game of cards was played for amusement only, the defendant had committed no offence. The court refused to give this charge. We have decided at the present term at Galveston, that the proviso to Art. 411 of the Penal Code, exempting those playing games for recreation and amusement only from punishment, has been repealed, and that the repealing act of February 12, 1858, is constitutional. The court did not err in refusing this charge. (Wall *et al.* v. The State.)

The judgment is affirmed.

Judgment affirmed.